■ DAVID BANACK, Plaintiff, v NVR, INC., t/a RYAN HOMES OF NEW YORK, Defendant and Third-Party Plaintiff-Respondent. ASSOCIATED MATERIALS, INC., Doing Business as ALSIDE and/or ALSIDE SUPPLY, Third-Party Defendant-Appellant. [855 NYS2d 410]—Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered May 23, 2007 in a breach of contract action. The order granted the motion of defendant-third-party plaintiff for partial summary judgment on liability against third-party defendant.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Smith, Fahey and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODERICK ARRINGTON, Appellant. [855 NYS2d 396]—Appeal from a judgment of the Erie County Court (Timothy J. Drury, J.), rendered December 21, 2006. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Martoche, J.P., Centra, Lunn, Peradotto and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEREMY LEWIS, Appellant. [855 NYS2d 409]—Appeal from a judgment of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), rendered September 6, 2006. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree (five counts).